# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

September 29, 2021

Ms. Jennifer A. Merrigan
PHILLIPS BLACK PROJECT
Suite 608
1901 S. Ninth Street
Phildelphia, PA  19148

RE:  17-1087  Robert Bolden, Sr. v. United States

Dear Ms. Merrigan:

Enclosed is a copy of a dispositive order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

Michael E. Gans
Clerk of Court

BNW

Enclosure(s)

cc:   Ms. Allison Hart Behrens
      Mr. Robert L. Bolden Sr.
      Ms. Morgan A Davis
      Mr. Donald Francis Donovan
      Mr. Gregory J. Linhares
      Mr. Carl Jonas Micarelli
      Ms. Kelly D. Miller
      Mr. Michael A. Reilly

District Court/Agency Case Number(s):   4:10-cv-02288-CEJ

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  17-1087
_____

Robert L. Bolden, Sr.

Petitioner - Appellant

v.

United States of America

Respondent - Appellee

------------------------------

Government of Canada

Amicus on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:10-cv-02288-CEJ)

_____

**JUDGMENT**

Before LOKEN, COLLOTON and BENTON, Circuit Judges.

We are advised that Appellant Robert L. Bolden, Sr. has died while in custody of the Bureau of Prisons.  His pending appeal from the denial of federal habeas corpus relief under 28 U.S.C. § 2255 has therefore become moot.  Accordingly, we vacate the judgment being appealed and remand to the district court with directions to dismiss the case as moot.  See Hann v. Hawk, 205 F.2d 839, 1953 U.S. App. LEXIS 2681 (8th Cir. 1953).  We grant Appellant's pending motion to file his Sealed Appendix in this court under Seal.  We deny Appellant's motion to terminate one of his appointed defense counsel.

September 29, 2021

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans